In the Matter of the Claim of ROSARIO CASSARINO, Respondent, against A. W. HOPEMAN & SONS Co. et al., Appellants, and CHAPLIN DAIRY PRODUCTS Co. et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 7, 1943; decided November 18, 1943.

*Charles D. Mercer* and *John D. Sullivan* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.